IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| RONALD A. CHAVEZ, | ) |
| Plaintiff, | ) |
| vs. | ) 19-CV-754 RB/KRS |
| U.S. DEPARTMENT OF LABOR, ENERGY EMPLOYEES OCCUPATIONAL ILLNESS COMPENSATION PROGRAM, OFFICE OF WORKERS COMPENSATION | ) |
| Defendant. | ) |

## **SCHEDULING ORDER**

THIS MATTER comes before the Court on the Joint Motion for Entry of Scheduling Order (Doc. 12). Consistent with the Parties' agreement, the Court hereby adopts the following schedule for this case:

1. On or before December 6, 2019, Respondent will lodge the Administrative Record in PDF format on DVD or CD.

2. Petitioner will file an opening brief on or before February 17, 2020.

3. Respondent will file an answering brief on or before March 19, 2020.

4. Petitioner will file a reply brief on or before April 3, 2020.

5. The length of the parties' briefs will be consistent with the Federal Rules of Appellate Procedure.

6. The parties agree that no discovery is required beyond information contained in the Administrative Record.

7. The telephonic status conference set for November 25, 2019 at 10:00 a.m. is VACATED

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE